**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRISTEN VENT,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>NATHAN FLETCHER, et al.,<br><br>　　　　　　　　Defendants. | Case No.: 3:22-cv-01651-RBM-DDL<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

On October 24, 2022, Plaintiff Kristen Vent ("Plaintiff"), proceeding pro se, filed a complaint against various officials for the County of San Diego ("County") in their official capacities, including: (i) Nathan Fletcher, Chairman of the Board of Supervisors ("Board"); (ii) Nora Vargas, Vice Chair of the Board; (iii) Terra Lawson-Remer, Supervisor of District 3; (iv) Jim Desmond, Supervisor of District 5; (v) Joel Anderson, Supervisor of District 2; (vi) Cynthia Paes, Registrar of Voters; and (vii) Michael Vu, former Registrar of Voters (collectively "Defendants"). (Doc. 1.) On November 22, 2022, Defendants filed a motion pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6) to dismiss Plaintiff's complaint (the "MTD"). (Doc. 5.) Defendants' MTD provided for a hearing date of January 17, 2023. (*Id*.) Pursuant to Civil Local Rule 7.1(e)(2), Plaintiff's opposition to the MTD was due on January 3, 2023. Plaintiff has filed no opposition and has not

requested an extension of time to do so.  (*See* Docket.)

Under Civil Local Rule 7.1(f)(3)(c), failure to file an opposition when due can constitute consent to the motion's being granted.  District courts have broad discretion to enact and apply local rules, including dismissal of a case for failure to comply with the local rules.  *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming grant of an unopposed motion to dismiss under local rule by deeming a *pro se* litigant's failure to oppose as consent to granting the motion).  Although the court has an obligation to liberally construe their pleadings, "pro se litigants are bound by the rules of procedure." *Ghazali*, 46 F.3d at 54.  Similarly, the Federal Rules of Civil Procedure authorize this Court to dismiss an action if a plaintiff fails to prosecute it.  *See* Fed. R. Civ. P. 41(b).

Plaintiff is therefore **ORDERED** to show cause why this action should not be dismissed.  Plaintiff may do so by filing an opposition or a statement of non-opposition to the MTD no later than **January 25, 2023**.  In the event Plaintiff files an opposition, Defendants shall file a reply on or before **February 8, 2023**.  *Should Plaintiff fail to file an opposition or a statement of non-opposition to the MTD in accordance with this Order, the Court will enter a final order dismissing this civil action based on Plaintiff's failure to prosecute in compliance with a court order*.  Civ. Local R. 7.1(f)(3)(c); Fed. R. Civ. Pro. 41(b).

IT IS SO ORDERED.

DATE:  January 11, 2023

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE