1  Kristin Vent
2  2017 Sonett Street
   El Cajon, CA 92019
   (619)729-6202
3  kristinvent17@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN 23 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| KRISTIN VENT, | No. 3:22-cv-01651-RBM-DDL |
| Plaintiff, pro se, | |
| vs. | REQUEST FOR RECUSAL |
| NATHAN FLETCHER, NORA VARGAS, TERRA LAWSON REMER, JIM DESMOND, JOEL ANDERSON, CYNTHIA PAES, MICHAEL VU, | Date: January 23, 2023 |
| | NO ORAL ARGUMENTS UNLESS ORDERED BY THE COURT |
| Defendants | Judge: Hon. Ruth Bermudez Montenegro |
| | Magistrate Judge: David D. Leshner |
| | Complaint Filed: October 24, 2022 |

It has come to the Plaintiff's attention that various political payoffs have been made through FTX. Plaintiff asks if the Judge or Magistrate Judge assigned to this case possess or have in the past possessed any FTX. If the answer is yes for either or both Judges, Plaintiff respectfully requests the Judge or Magistrate Judge recuse themselves according to 28 US Code § 455 (b)(4) regarding financial interests.

DATED: 23 of January, 2023.

_____
KRISTIN VENT, Plaintiff, pro se

1

REQUEST FOR RECUSAL