# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN VENT, <br><br> Plaintiff, <br><br> v. <br><br> NATHAN FLETCHER, et al., <br><br> Defendants. | Case No.: 3:22-cv-01651-RBM-DDL <br><br> **ORDER DISSOLVING ORDER TO SHOW CAUSE** |

On January 11, 2023, the Court issued an order to show cause ("OSC") by January 25, 2023 why the case should not be dismissed for Plaintiff's failure to timely file a response in opposition to Defendants' motion to dismiss. *See* Doc. 7. On January 23, 2023, Plaintiff filed a response to Defendants' motion to dismiss. Accordingly, the Court **DISSOLVES** the OSC. Defendants may file a reply brief in support of their motion to dismiss on or before **February 8, 2023**.

**IT IS SO ORDERED.**

DATE: January 24, 2023

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE