# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN VENT,<br><br>    Plaintiff,<br><br>v.<br><br>NATHAN FLETCHER, et al.,<br><br>    Defendants. | Case No.: 3:22-cv-01651-RBM-DDL<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO RECUSE THE UNDERSIGNED**<br><br>**[Doc. 9]** |

On January 23, 2023, Plaintiff Kristen Vent, proceeding pro se, filed a "request for recusal" to the extent that either the district or magistrate judge has any interest in "FTX." (Doc. 9.) Plaintiff has offered no allegations as to how FTX is involved in the instant case. In any event, Plaintiff's motion lacks any allegations which support recusal of the undersigned at this time. Plaintiff has not come forward with any facts that would lead a reasonable observer "with knowledge of all the facts [to] conclude that the judge's impartiality might be reasonably questioned." *United States v. McTiernan*, 695 F.3d 882, 891 (9th Cir. 2012) (internal citations and quotation marks omitted). Accordingly, Plaintiff's motion is **DENIED**.

/ / /

/ / /

1  **IT IS SO ORDERED.**

2  DATE:  January 24, 2023

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE