

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kristen Vent | Civil Action No. 22CV1651-RBM-DDL |
| **Plaintiff,** | |
| V. | |
| Nathan Fletcher; Nora Vargas; Terra Lawson Remeer; Jim Desmond; Joel Anderson; Cynthia Paes; Michael Vu | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's motion to dismiss is granted.

Date:   5/24/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen

J. Petersen, Deputy